FILED

11/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0174

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0174

STATE OF MONTANA,

Plaintiff and Appellee,

v.

WILLIAM EARL CUNNINGHAM,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including January 2, 2023, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 22 2022